IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SCHOOL BOARD OF ORANGE
COUNTY, SCHOOL BOARD OF
HERNANDO COUNTY, SCHOOL
BOARD OF OSCEOLA COUNTY,
SCHOOL BOARD OF BROWARD
COUNTY, SCHOOL BOARD OF
SEMINOLE COUNTY, and
SCHOOL BOARD OF PASCO
COUNTY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3773

     Petitioners,

v.

MICHELLE RHEA, THERESA
BUTLER, GERALDINE
CALLAGHAN, WENDY
CHASTAIN, PAM EVERETT,
ALEXA HASANIA, SCOTT
HASTINGS, AMANDA HAZARD,
MELINDA HOHMAN, BRANDY
KINKADE, RHONDA
NICKERSON, BRANDY
PATERNOSTER, SUZANNE
ROWLAND, and GABRIELLE
WEAVER,

     Respondents.
_____/

Opinion filed September 7, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Nicholas A. Shannin of the Shannin Law Firm, P.A., Orlando, for Petitioners.

Andrea Flynn Mogensen of the Law Office of Andrea Flynn Mogensen, P.A.,

Sarasota; Victor L. Chapman of Barrett, Chapman & Ruta, P.A., Orlando, for Respondents.

Matthew H. Mears, General Counsel, David L. Jordan and Mari M. Presley, Assistant General Counsels, and Steven S. Ferst, Deputy General Counsel, Tallahassee, for Pam Stewart, Commissioner, Florida Department of Education, and the State Board of Education.

PER CURIAM.

DISMISSED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.